**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GERREN JARROD** | § | **CIVIL ACTION NO.** |
| **BROKENBERRY** | § | |
| | § | **JURY DEMANDED** |
| **VS.** | § | |
| | § | **NOTICE OF REMOVAL OF** |
| **ALLSTATE FIRE AND CASUALTY** | § | **ACTION UNDER 28 U.S.C.** |
| **INSURANCE COMPANY** | | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §1441 and 1446, Allstate Fire and Casualty Insurance Company, Defendant herein, removes to this Court the state court action pending in the 164th District Court, Harris County, Texas invoking this Court's diversity jurisdiction, on the grounds explained below.

**BASIS FOR REMOVAL**

1.      On November 2, 2022, Plaintiff filed suit in Harris County against the Defendant. The suit was assigned to the 164th District, Harris County, Texas, styled Cause No. 2022-71428, *Gerren Jarrod Brokenberry v. Allstate Fire and Casualty Insurance Company.* Defendant Allstate was served/received notice of this suit on January 4, 2023. As required by 28 U.S.C. § 1446(b)(3), Allstate files this notice of removal within thirty (30) days following receipt by Defendant of the initial pleadings.

2.      Removal of this action is proper because this Court has original diversity jurisdiction under 28 U.S.C. § 1332 and the action is one that may be removed by Defendant pursuant to 28 U.S.C. § 1441(b)(3); specifically, this is a civil action wherein the matter in

controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the Defendant is diverse in citizenship from the Plaintiff.

3.        There is complete diversity among the parties as required by 28 U.S.C. § 1332(a).  Plaintiff is a citizen of Texas.  Allstate is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Allstate is now, and was at the time this action was commenced, a citizen of the State of Illinois.

4.        The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1332 (a). Plaintiff is seeking  68,500.00 denotes in fine silver, trespass of fee schedule $315,000.00 denotes in fine silver, and punitive damages, $650.00/day for late fees. *See* Plaintiff's Original Petition incorporated herein under Exhibit "A".

5.        The Clerk's full record, in this case is attached as Exhibit "A".  A list of all Counsel of Record is attached as Exhibit "B". The Civil Cover Sheet is attached as Exhibit "C".

6.        Venue is proper in this district because the district and division embrace the place where the removal action has been pending.

7.        Defendant will promptly provide written notice of the filing of this Notice of Removal to all parties and to the clerk of the 164th District, Harris County, Texas.

8.        Defendant respectfully requests that the state court action be removed and placed on this Court's docket for further proceedings.  Defendant further requests any additional relief to which it may be justly entitled.

Respectfully submitted,

**HOPE & CAUSEY, P. C.**

*Wesley R. Ward*

Wesley R. Ward
State Bar No. 24008235
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 – Metro
(936) 441-4674 – Fax
Service Email: hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on February 3, 2023, via e-filing addressed to:

Gerren Jarrod Brokenberry, Attorney in fact
40 Cypress Creek Parkway, #470
Houston, Texas 77090
Email: Gbrokenberry@gmail.com

*Wesley R. Ward*

Wesley R. Ward

# EXHIBIT

# A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GERREN JARROD** | § | **CIVIL ACTION NO.** |
| **BROKENBERRY** | § | |
| | § | **JURY DEMANDED** |
| **VS.** | § | |
| | § | **NOTICE OF REMOVAL OF** |
| **ALLSTATE FIRE AND CASUALTY** | § | **ACTION UNDER 28 U.S.C.** |
| **INSURANCE COMPANY** | | |

## INDEX OF DOCUMENTS

| | DESCRIPTION |
|---|---|
| 1 | Inability to Afford Payment of Court Cost or an Appeal Bond in Justice Court 10/31/2022 |
| 2 | Exhibit 10/31/2022 |
| 3 | Civil Action 10/31/2022 |
| 4 | Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court 11/02/2022 |
| 5 | Request for Insurance  11/02/2022 |
| 6 | Amended Petition for Compensation 11/02/2022 |
| 7 | Request for Issuance Service 12/15/2022 |
| 8 | Letter Requesting Service 12/15/2022 |
| 9 | Certified Mail Tracking # 7019 2970 0001 3507 5578 12/16/2022 |
| 10 | Certified Mail Tracking # 7019 2970 0001 3507 5561 12/16/2022 |
| 11 | Certified Mail Receipt 12/29/2022 |
| 12 | Certified Mail Receipt 12/29/2022 |
| 13 | Domestic Return Receipt 01/11/2023 |
| 14 | Domestic Return Receipt 01/11/2023 |
| 15 | Defendant's Original Answer 01/27/2023 |

# EXHIBIT

# 1

10/31/2022 1:29:16 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 69721142
By: COLLINS, IRIS
Filed: 10/31/2022 1:29:16 PM

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: **Gerren Jarrod Brokenberry**
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
*(Print first and last name of the person being sued.)*

In the *(check one):*
☒ District Court
☐ County Court / County Court at Law
☐ Justice Court

Court Number

**Harris** Texas
*County*

# Statement of Inability to Afford Payment of Court Costs
# or an Appeal Bond in Justice Court

## 1. Your Information

My full legal name is: **Gerren** **Jarrod** **Brokenberry**   My date of birth is: **01** / **16** / **1983**
First         Middle       Last                                    Month/Day/Year

My address is: *(Home)* **40 Cypress Creek Pkwy #470 Houston, Texas 77090**

*(Mailing)* _____

My phone number: 917-346-2303   My email: **Gbrokenberry@gmail.com**

About my **dependents:** "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 Bukhari Brokenberry | 10 months | Son |
| 2 Gerren Harper | 13 | Son |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☒ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as an eligibility form or check)*

☒ Food stamps/SNAP   ☐ TANF   ☐ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ 0 in monthly wages. I work as a _____ for _____.

$ 0 in monthly unemployment. I have been unemployed since *(date)* 12/18/21.

$ 291 in public benefits per month.

$ 0 from other people in my household each month: *(List only if other members contribute to your household income.)*

$ 0 from ☐ Retirement/Pension   ☐ Tips, bonuses   ☐ Disability   ☐ Worker's Comp
☐ Social Security   ☐ Military Housing   ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ 0 from other jobs/sources of income. *(Describe)* _____

$ 0 is my *total* **monthly** income.

| **5. What is the value of your property?** | | **6. What are your monthly expenses?** | |
|---|---|---|---|
| "My **property** includes: | **Value\*** | "My **monthly expenses** are: | **Amount** |
| Cash | $ 0 | Rent/house payments/maintenance | $ |
| Bank accounts, other financial assets | | Food and household supplies | $ 291 |
| _____ → | $ 0 | Utilities and telephone | $ |
| _____ | $ | Clothing and laundry | $ |
| _____ | $ | Medical and dental expenses | $ |
| Vehicles (cars, boats) *(make and year)* | | Insurance (life, health, auto, etc.) | $ |
| _____ → | $ 0 | School and child care | $ |
| _____ | $ | Transportation, auto repair, gas | $ |
| _____ | $ | Child / spousal support | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | | Wages withheld by court order | $ |
| _____ → | $ 0 | Debt payments paid to: *(List)* | $ |
| _____ | $ | _____ | $ |
| _____ | $ | _____ | $ |
| ***Total* value of property** → | $ 0 | ***Total* Monthly Expenses** → | $ 291 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.*

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debts and amount owed)* I sustained spinal injuries from this particular accident and
haven't been able to work. "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☒ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is    Gerren Jarrod Brokenberry    . My date of birth is : ___/___/_____.

My address is 40 Cypress Creek Pkwy  #470    Houston Texas    [77090]
                    *Street*                          *City*          *State*      *Zip Code*    *County*

signed on 10/28/22 in Harris County, Texas
*Signature*                *Month/Day/Year*    *County name*              *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                          Page 2 of 2

# EXHIBIT
# 2

10/31/2022 1:29:16 PM
Marilyn Burgess District Clerk
Harris County
Envelope No: 69722142
By: COLLINS, IRIS T
Filed: 10/31/2022 1:29:16 PM

## Notice of Request for Compensation

Brokenberry, Gerren J, GRANTOR/SOLE BENEFICIARY/
HOLDER IN DUE COURSE and Authorized Rep. for of
GERREN JARROD BROKENBERRY, E.I.N. 439516314

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND OTHERWISE, ALL 'TRADED
AS' PRIVATE & PUBLIC CORPORATIONS. ALL ENTITIES IN THE PAST, CURRENT AND
FUTURE.

Allstate Fire and Casualty Insurance Company

May, 22, 2022

I, Gerren Jarrod Brokenberry, THE GRANTOR/CREATOR of all Trusts/Contracts, a living man on the land until proven otherwise, do hereby request the amount of ($68,500.00), the requested amount will compensate the injured based on the negligence of the policy holder Orbelina Torres (claim number # 0652885252 KWI). The requested compensation will cover all medical, and losses.

### SWORN UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

### WORN DECLARATION OF GRANTOR STATUS
### CLAIM OF SOLE BENEFICIARY SHIP OF ALL TRUSTS

I, Gerren Jarrod of the house of Brokenberry, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/ revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records doc #, I, ~~Sandra Lee of the house of Vanyo, am the~~ GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE CESTUI QUE TRUST, commonly known as GERREN JARROD BROKENBERRY; GERREN BROKENBERRY; GERREN J. BROKENBERRY; G.J. BROKENBERRY; G. BROKENBERRY; BROKENBERRY, GERREN, JARROD; BROKENBERRY, GERREN J.; BROKENBERRY, G.J.; BROKENBERRY, G.; Gerren Jarrod BROKENBERRY; Gerren J. BROKENBERRY; etc., I hereby declare, express and claim my GRANTOR status of CESTUI QUE TRUST & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the aforementioned master CESTUI QUE TRUSTS, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, Gerren Jarrod of the house of Brokenberry; am the GRANTOR/TRUSTOR /SETTLOR/SOLE BENEFICIARY of the CESTUI QUE TRUST and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/ CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLER SHIP/ SOLE BENEFICIARY SHIP OF MY CESTUI QUE TRUST therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

*done IN good FAITH with clean hands.*

Without Prejudice, Under Reserve,

by: _____

Gerren Jarrod Brokenberry, GRANTOR, Auth Rep.
for GERREN JARROD BROKENBERRY, EIN# 439716314 (Soc Sec#)

JURAT

STATE OF TEXAS    )
6314 ) ss   For Verification Purposes Only
COUNTY OF HARRIS   )

SUBSCRIBED AND SWORN TO BEFORE ME on this 17th ~~23~~ Day of ~~May,~~ August 2022,
2022, by Gerren Jarrod Brokenberry, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____ Seal
- Place Notary Signature Above -

ANDREA MENDOZA
Notary ID #126513183
My Commission Expires
May 9, 2024

RET

GERREN JARROD BROKENBERRY
1414 RUSHWORTH DR
HOUSTON, TX 77014

# 2nd NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Applicable to all Successors and Assigns.


Gerren Jarrod Brokenberry
c/o Jane Doe, Notary Public
40 Cypress Creek Pkwy #470
Houston, Tx 77090


Certified Mail # _____


Nunc pro tunc to June 10, 2022


Allstate Fire and Casualty Insurance Company
PO Box 660636
Dallas TX 75226


Subject: Your letter attached, hereafter "OFFER"


To whom it may concern:

I did receive your letter "RELEASE OF ALL INJURY CLAIMS" dated June 10, 2022, which you will find enclosed. I am conditionally accepting your offer in the letter, upon proof of claim that:

(1) Allstate Fire and Casualty Insurance Company assesses any and all known and unknown, foreseen and unforeseen bodily and personal injuries and the consequence thereof resulting or to result from the accident, casualty, or event which occurred on or about 18th day of December 2021, at or near prior ride, Spring, TX

(2) Allstate Fire and Casualty Insurance Company did accept NOTICE REQUEST FOR COMPENSATION done of clean hands and in good faith Sixty Eight Thousand and Five Hundred dollars $68,500.00

(3) Allstate Fire and Casualty Insurance Company relies wholly upon Allstate Fire and Casualty Insurance Company's judgment, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefore and is made without reliance upon any statements or representation of GERREN JARROD BROKENBERRY or Gerren Jarrod Brokenberry. Allstate Fire and Casualty Insurance Company provide proof of any contracts that I signed which make me retroactively liable or consenting to accusations or statements made by your department, that are not signed under the commercial liability (under penalty of perjury) of a real person in your department/agency who is making this unproven claim.

(4) Allstate Fire and Casualty Insurance Company is liable regarding trespass Fee Schedule, the amount of Three Hundred and Fifteen Thousand $315,000.00

1

If you can show me these four (4) things that I am requesting from you, I will accept.

You have ten (10) days from receipt of this 2ⁿᵈ NOTICE TO DEFAULT AND OPPORTUNITY TO CURE, to respond on a point-by-point basis, via sworn affidavit, under your full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response. Failure to respond will be deemed agreement with the facts stated in the attached Affidavit and inability to prove your claim, thereby indicating that you have no claim upon which relief can be granted and your tacit agreement and consent to the facts stated in the attached 2ⁿᵈ NOTICE TO DEFAULT AND OPPORTUNITY TO CURE is true, correct, and complete. Thereupon, you shall cease and desist, and that all future Notices sent by your agency regarding this same matter shall constitute harassment, a violation of the law and shall be subject to $10,000 fee for additional correspondence to which I receive from your agency.

This letter constitutes constructive notice to the recipient.

In good faith,


Please direct responses to third party public witness;

Ruthie Lacour, Notary Public
1414 Rushworth Dr.
Houston, Tx 77014

Response in any other matter shall be deemed frivolous.

*done good faith and with clean hands,*

_____
First-Middle: Last
Secured Party Creditor, **Attorney in Fact**


J U R A T

STATE OF TEXAS          )
                        ) ss   For Verification Purposes Only
COUNTY OF HARRIS        )


SUBSCRIBED AND SWORN TO BEFORE ME on this __17th__ Day of __August 2022__
___, 2022, by Gerren Jarrod Brokenberry, proved to me on the basis of satisfactory evidence to be the man who appeared before me.



ANDREA MENDOZA
Notary ID #126513183
My Commission Expires
May 9, 2024

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLSTATE FIRE CASUALTY INSURANCE

P.O. BOX 672041

DALLAS, TX 75267

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7599 2098 0859 27

2. Article Number (Transfer from service label)

7022 0410 0002 0569 9911

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Mar 27

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Erric Robinson

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLSTATE FIRE AND CASUALTY
(CLAIMS)
INSURANCE COMPANY
P.O. BOX 660636
DALLAS, TX 75226

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7589 2098 5673 89

2. Article Number (Transfer from service label)

7022 0410 0002 2401 6591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Erric Robinson        ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 27

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# INVOICE

I, Brackenberry: Gerren-Jarrod, as a natural person, desiring to avoid conflict, as a gesture of peace, I am providing this invoice

To Libellee/C.F.O, C.E.O, AUDIT GENERAL

ALLSTATE FIRE AND CASUALTY INSURANCE Company

PO Box 660636

DALLAS, TX 75226

Compensation for Injuries/pain and sufferings                    ($68,500.00)

Liability regarding Trespass of Fee Schedule                       ($315,000.00)

*Additional Fees, Late Fees (650 U.S. Dollars per day) + Punitive Damages

($00,000.00)

| Total* | ($383,500)* |

Done in good faith, and with clean hands,

ALL RIGHTS RESERVED
BY: BENEFICIARY
WITHOUT RECOURSE
UCC 3-419

Certified Mail # 70212720000228142783                    Date: July 25, 2022

ATT'N: C.E.O. for
ALLSTATE FIRE and CASUALTY INSURANCE COMPANY
PO BOX 660636
DALLAS, TX [75226]
**LIBELLEE**

## NOTICE OF FINAL DETERMINATION
## AND JUDGMENT IN NIHIL DICIT

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

COMES NOW Gerren-Jarrod: Brokenberry to this court Notice of the following facts for the record:

On or about May 27, 2022, the Libellant and Secured Party, Gerren-Jarrod: Brokenberry, sent an NOTICE of REQUEST for COMPENSATION, CLAIM NUMBER: 0652885252 KWI. This notice was sent by Certified / Registered Mail # 7022 0410 0002 0569 9911 and was delivered on MAY 27, 2022. Per U.S.P.S. 3811 Return Receipt in the possession of the Libellant, you did not respond.

On or about June 21, 2022, you were sent a Notice of Fault and OPPORTUNITY to CURE for payment in the amount of $383,500 (Three Hundred Eighty Three thousand and five hundred dollars)US Dollars denoted in fine silver. This notice was sent by Certified / Registered Mail Receipt # 7022 0410 0002 2401 6591 and was received by ALLSTATE FIRE and CASUALTY INSURANCE on June 24, 2022 at Time per U.S.P.S. 3811 Return Receipt. You did not respond.

On or about June 23, 2022, a Contents of Third Mailing was sent to LIBELLEE by a Notary Public, the third-party witness and Justice of Peace. This notice was sent by Certified / Registered Mail Receipt # 7022 0410 0002 2401 6591 and was refused by LIBELLEES per records on file with the USPS. You still did not respond.

On July 25, 2022, a NOTICE of DEFAULT in DISHONOR, CERTIFICATE of DISHONOR, and CERTIFICATE of MAILING was sent to LIBELLEES along with this presentment. This notice was sent by Certified Mail Receipt # 7021 2720 0002 2814 2783 and also sent by First Class Mail due to the previous refusal of delivery by LIBELLEES. This presentment was served by the third-party witness and Notary Public, and I have made note of your dishonor. You did not respond and have admitted your guilt to all the allegations in the original notice. You are now in default and damages are past due. Penalties and interest are accruing daily as provided by contract and FEE SCHEDULE .

THIS IS THE FINAL NOTIFICATION AND JUDGMENT. NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, C.A.F.R. FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE (3) BUSINESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON-RESPONSE IS A SELF-EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBRANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEE(S).

By: _____    ALL RIGHTS RESERVED
                        BY BENEFICIARY

1

Gerren-Jarrod: Brokenberry,

Libellant

07-25-2022

RUTHIE MYLES LACOUR
Notary Public, State of Texas
Comm. Expires 06-21-2025
Notary ID 131175592

2

# NOTARY CERTIFICATE OF MAILING

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

From:  Ruthie Lacour, Notary Public
       c / o  1414 Rushworth Dr.
       Houston, Texas [ 77014 ]

To:    ATTENTION: C.E.O. of
       ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Inc., *et al*, etc.
       PO BOX 660636
       DALLAS, TEXAS 77014

       RE: COMMERCIAL AFFIDAVIT OF TRUTH (Notice of Default, Last Opportunity to Cure Dishonor),
       Instrument No. 7021 2720 0002 2814 2783, Agreement # **7022 0410 0002 0569 9911**

       Certified Mail #: **7021 2720 0002 2814 2783**
       **Notary's Certificate of Service.**

       Dear ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY(or its agents, affiliates, etc.),

I have been contacted by Gerren-Jarrod ; Brokenberry from without the United States for the purpose of presenting a "NOTICE of REQUEST for COMPENSATION " under Notary Seal. I have been asked to mention that:

1)  THAT I am contracted as a non-partial third-party observer in this proceeding;

2)  THAT I am going to be chronicling the process for the public record;

3)  THAT my testimony cannot be rejected by any court in the United States as I am considered an officer of the court;

4)  THAT your response is to be received through me no later than ten (10) days from receipt of this Notice or the date otherwise listed on said Notice; and

5)  THAT the certificate verifying your non-response or default pursuant to my statutory authority will be issued upon your acquiescence.

       Please Note: This observation in facilitation of commerce should not be deemed a Power of Attorney or the practice of law but rather the fulfillment of Plaintiff's efforts to safeguard your due process before Summary Judgment.

       Thank you for your assistance. All communication should be delivered through me at the above address by Registered or Certified Mail to ensure delivery and appropriate certification. Service in any other manner will be defective on its face (therefore pointless).

WITNESS my hand and seal.

_____          07-26-2022
Notary Public                      Date

RUTHIE MYLES LACOUR
Notary Public, State of Texas
Comm. Expires 06-21-2025
Notary ID 131175592

1

# NOTICE OF DEFAULT IN DISHONOR

Certified Mail #:   7021 2720 0002 3814 2783

Notice date:   July ___23___, 2022

Libellant:   **Gerren-Jarrod: Brokenberry**
*Service by and respond to:*
c/o Ruthie Lacour , Notary Public
1414 Rushworth Dr.
Houston, Texas { 77090 }

LIBELLEE:   ATT'N: C.F.O. for
**ALLSTATE FIRE and CASUALTY INSURANCE COMPANY**
PO BOX 672041  **SS.**
DALLAS, TX 75126

Reference:   **NOTICE of REQUEST for COMPENSATION # 7022 0410 0002 0569 9911**

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) tendered by the Libellant and the third-party witness on or about MAY 23 , 2022 with the U.S.P.S. Certified Mail Article No. 7022 0410 0002 0569 9911 with a Return Receipt requested. It was received by the Respondent(s) on or about MAY 27, 2022 at the address referenced above.

**PRESENTMENT:** On July ___23___, 2022, I, Ruthie Lacour (Notary Public), at the request of the Libellant, presented the following instrument(s), hereinafter "Presentment":

1. a NOTICE of REQUEST for COMPENSATION;
2. an Affidavit of Notice of Default dated July 23, 2022;
3. an Invoice ;
4. a Copy of Domestic Return Receipt #1
5. a Copy of Domestic Return Receipt #2
6. an Affidavit of Notice of Liability Regarding Trespass Fee Schedule and Remedy
7. a Notary Certificate of Mailing;
8. a Notice of Default in Dishonor;
9. a Notary Certificate of Dishonor;
10. a Notice of Final Determination and Judgment in Nihil Dicit;

**DISHONOR:** By the terms and conditions of the agreement resulting by the LIBELLEE'S disregard of the Presentment, the LIBELLEE is under the duty and obligation to timely and in good faith protest and/or honor the contract by presentment within the allowed time frame and to provide a timely rebuttal and / or an adjusted statement of account. The failure by LIBELLEE to issue a timely response comprises their agreement with all of allegations of the LIBELLEE'S misconduct set forth by the Libellant.

Allowing fourteen (14) days for the initial response, an additional twenty (21) days on the opportunity to cure, and the time allowed having passed for the LIBELLEE to cure their dishonor, and the Notary showing no record of rebuttal or response, the Libellant and third-party witness now deem the instrument(s) to have been dishonored on or around June 10, 2022, and the Notice of Fault and Opportunity to Cure and to Contest Acceptance to have been dishonored on July 12, 2022 , thereby comprising a confession of judgment on the merits.

**DEFAULT:** For the LIBELLEE'S failure to respond the Respondent(s) at fault.  For the Respondent(s) failure, refusal, or neglect to respond to the verified presentment and to the Notice of Fault and Opportunity to Cure and to Contest Acceptance, LIBELLEE thereby acquiesces and tacitly agrees with all terms, conditions, stipulations, obligations, and invoices set forth within the NOTICE of REQUEST for COMPENSATION.

Of this presentment take due Notice and heed. Please govern yourself accordingly.

IN WITNESS WHEREOF, I hereunto set my hand on this ___23___ day of ~~Month~~ July, 2022 and that the Libellant hereby affirms all of the statements made above are true, correct, complete, and not misleading.

Date: 07-23-2022

Witness: _____

Notary Name, Notary

Public

RUTHIE MYLES LACOUR
Notary Public, State of Texas
Comm. Expires 06-21-2025
Notary ID 131175592

Republic of Texas )
)                          **NOTARY CERTIFICATE OF**
)                          **DISHONOR AND**
)                          **NON-RESPONSE**
) SS
)
Harris County )

## PRESENTMENT

Be it known, that a duly empowered Notary Public, in and for the STATE OF TEXAS, COUNTY OF HARRIS, a third party and not a party to the matter, at the request of Principal / Secured Party, did present on May 27, 2022, a NOTICE of REQUEST for COMPENSATION pursuant to international commercial law listed within the Notary Certificate of Service via Certified Mail with a Return Receipt to:

ATT'N: C.F.O. for
ALLSTATE FIRE and CASUALTY INSURANCE COMPANY
PO Box 660636
DALLAS, TX 75226
**Respondent / LIBELLEE**

The Secured Party sent a Notice requiring Respondent /LIBELLEE to issue a timely rebuttal regarding the allegations in Claim No. 7022 0410 0002 0569 9911, and the time limit has elapsed, constituting acceptance by Respondent / LIBELLEE thereof instead of providing a timely response / rebuttal to the allegations of the Secured Party. An unrebutted Affidavit stands as the judgment in commerce.

## PROTEST

Whereupon, the Notary Public signing below, for the purpose and reason of Dishonor and Non-Response does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument and the claim of the debt, and all costs, late fees, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and **stipulations therein.**

## NOTICE

The undersigned Notary Public certifies that on the ___25___ day of July , 2022, this Notice of Dishonor was sent to Respondent by depositing said document with the USPS, Certified Mail No. 7021 2720 0002 2814 2783 with a Return Receipt Requested.

## TESTIMONY

In testimony of the above, I have hereunto signed my name as a Notary Public and a non-interested third-party witness.

Ruthie Lacour, Notary Public
c/o 1414 Rushworth Dr.
Houston, Texas [75226]

My Commission Expires: _06-21-2025_

RUTHIE MYLES LACOUR
Notary Public, State of Texas
Comm. Expires 06-21-2025
Notary ID 131175592

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

1

FILED FOR RECORD

12:43:27 PM

Wednesday, August 17, 2022

*Lenshia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
    I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time
stamped hereon by me, and was duly RECORDED, in the Official Public Records of Real Property of Harris
County Texas

Wednesday, August 17, 2022

*Lenshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS

# EXHIBIT

# 3

10/31/2022 1:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 69722142
By: Iris Collins
Filed: 10/31/2022 1:29 PM

## IN THE HARRIS COUNTY DISTRICT COURT

## STATE OF TEXAS

| | | |
|---|---|---|
| GERREN JARROD BROKENBERRY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | CASE NO. 69693751 |
| | : | |
| | : | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | | |
| | : | |
| | : | |
| Defendant | : | |

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Gerren-Jarrod Brokenberry, Plaintiff herein, and files this Complaint showing to this Court as follows:

1.

Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*, operating at the

Office at 2775 SANDERS RD, NORTHBROOK, IL, 60062, and may be served at that

address, thereby subjecting the Defendant to the jurisdiction of this Court.

2.

On MAY 27, 2022, Plaintiff attempted to file a NOTICE OF REQUEST for

COMPENSATION ($68,500) with the Defendant.

3.

After accepting, the Defendant refused to respond to the REQUEST FOR

1

COMPENSATION ($68,500.00), acting in bad faith.

4.

Plaintiff attempted to settle with Defendant by phone and otherwise, including a 2nd NOTICE of DEFAULT AND OPPORTUNITY TO CURE ,JUNE 21, 2022, for ($383,500) including Trespass of Fee Schedule.

5.

During the alleged course of events, Plaintiff alleges that there is proof beyond a reasonable doubt that Defendant willfully breached contract.

6.

Plaintiff also shows that as a result of said events, he is entitled to recover from Defendants the following:

A)      REQUEST FOR COMPENSATION $68,500.00 denoted in fine silver.

B)      Trespass of Fee Schedule $315,000 denoted in fine silver.

C)      Punitive damages, $650.00/day for late fees.

1

WHEREFORE, Plaintiff demands judgment of Defendant, in the sum of $383,500.00, $650.00/day, Punitive damages or such other sum as a jury may determine reasonable compensation upon hearing the facts of this case:

a. Judgment against Defendants, jointly and severally, for compensatory

---
1

2

damages, including exemplary damages, in an amount that exceeds the minimum jurisdictional limits of the Court more fully set forth above;

      b. Prejudgment and post-judgment interest as provided by law;

      RESPECTFULLY SUBMITTED this ____31_ day of OCTOBER, 2022.

_____
                Gerren Jarrod Brokenberry, Pro Se

Gerren Jarrod Brokenberry, Attorney in Fact
40 CYPRESS CREEK PKWY #470
HOUSTON, TEXAS Republic
non-domestic, without the UNITED STATES

3

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 69722142
Status as of 10/31/2022 3:20 PM CST

Associated Case Party: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jess  Merten | | claims@claims.allstate.com | 10/31/2022 1:29:16 PM | SENT |

# EXHIBIT

# 4

**11/2/2022 4:38:36 PM**
Marilyn Burgess District Clerk
Harris County
Envelope No: 69821917
By: STANTON, JESSICA J
Filed: 11/2/2022 4:38:36 PM

## NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

Cause Number: _____

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: **Gerren Jarrod Brokenberry**
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
*(Print first and last name of the person being sued.)*

In the *(check one)*:
Court Number
☒ District Court
☐ County Court / County Court at Law
☐ Justice Court

**Harris** County  Texas

# Statement of Inability to Afford Payment of Court Costs
# or an Appeal Bond in Justice Court

## 1. Your Information

My full legal name is: **Gerren   Jarrod   Brokenberry**    My date of birth is: **01** / **16** / **1983**
First    Middle    Last    Month/Day/Year

My address is: *(Home)* 40 Cypress Creek Pkwy #470 Houston, Texas 77090

*(Mailing)* _____

My phone number: 917-346-2363    My email: Gbrokenberry@gmail.com

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|---|---|---|
| 1 Bukhari Brokenberry | 10 months | Son |
| 2 Gerren Harper | 13 | Son |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case.  I have attached documentation from legal aid stating this.

**or-**

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**
☒ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check)*
☒ Food stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline  ☐ Community Care via DADS  ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ __0__ in monthly wages. I work as a _____ for _____.
*Your job title*                                      *Your employer*

$ __0__ in monthly unemployment. I have been unemployed since *(date)* 12/18/21 .

$ __291__ in public benefits per month.

$ __0__ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ __0__ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ __0__ from other jobs/sources of income. *(Describe)* _____

$ __0__ is my *total* **monthly** income.

**5. What is the value of your property?**
"My **property** includes:                          **Value***

Cash                                               $ __0__

Bank accounts, other financial assets
_____                          $ __0__
_____                          $ ____
_____                          $ ____

Vehicles (cars, boats) *(make and year)*
_____                          $ __0__
_____                          $ ____
_____                          $ ____

Other property (like jewelry, stocks, land, another house, etc.)
_____                          $ __0__
_____                          $ ____
_____                          $ ____

*Total* value of property → $ __0__

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**
"My **monthly expenses** are:                     **Amount**

Rent/house payments/maintenance              $ ____
Food and household supplies                  $ __291__
Utilities and telephone                      $ ____
Clothing and laundry                         $ ____
Medical and dental expenses                  $ ____
Insurance (life, health, auto, etc.)         $ ____
School and child care                        $ ____
Transportation, auto repair, gas             $ ____
Child / spousal support                      $ ____
Wages withheld by court order                $ ____

Debt payments paid to: *(List)*
_____                          $ ____
_____                          $ ____
_____                          $ ____

*Total* Monthly Expenses → $ __291__

**7. Are there debts or other facts explaining your financial situation?**
"My **debts** include: *(List debt and amount owed)* I sustained spinal injuries from this particular accident and haven't been able to work. "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**
I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☒ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is ___Gerren Jarrod Brokenberry___. My date of birth is : ____ / ___ / _____.

My address is 40 Cypress Creek Pkwy  #470    Houston Texas    [77090]
*Street*                                    *City*        *State*    *Zip Code*    *Country*

Signature _____    signed on 10 /28 /22 in Harris County, Texas
                                         *Month/Day/Year*   *county name*        *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                          Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 3, 2023

Certified Document Number:        104913199 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT
# 5

11/2/2022 4:38:36 PM
Marilyn Burgess District Clerk
Harris County
Envelope No: 69821917
By: STANTON, JESSICA J
Filed: 11/2/2022 4:38:36 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

Request for Issuance of Service

CASE NUMBER: 202271428_____     CURRENT COURT: HARRIS COUNTY-164 CIVIL DISTRICT COURT __

Name(s) of Documents to be served:  Petition for Compensation _____

FILE DATE: _____10/31/2022_____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be

Served):

Issue Service to:  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY _____

Address of Service:  2775 SANDERS RD.  Suite A3_____

City, State & Zip:_____NORTHBROOK, IL, 60062

_____

Agent (if applicable) _____

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| | |
|---|---|
| Citation      Citation by Posting      Citation by Publication      Citations Rule 106 Service | |

Citation Scire Facias     Newspaper_____

Temporary Restraining Order            Precept                         Notice

Protective Order

Secretary of State Citation ($12.00)      Capias (not by E-Issuance)        Attachment (not by E-Issuance)

Certiorari                          Highway Commission ($12.00)

Commissioner of Insurance ($12.00)   Hague Convention ($16.00)      Garnishment

Habeas Corpus (not by E-Issuance)          Injunction                    Sequestration

Subpoena

Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
ATTORNEY PICK-UP (phone) _____     E-Issuance by District Clerk
MAIL to attorney   at: _____          (No Service Copy Fees Charged)
CONSTABLE                          Note: The email registered with EfileTexas.gov must be
CERTIFIED MAIL by District Clerk      X     used to retrieve the E-Issuance Service Documents.
                                       Visit www.hcdistrictclerk.com for more instructions.

CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____     Phone: _____

OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name:  ___Gerren-Jarrod Brokenberry

_____Bar # or ID  _____

Mailing Address:_____40 CYPRESS CREEK PKWY  #470

Phone Number:_____9173462363_____

# EXHIBIT

# 6

11/2/2022 4:38 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 69821917
By: jessica stanton
Filed: 11/2/2022 4:38 PM

IN THE HARRIS COUNTY DISTRICT COURT

STATE OF TEXAS

GERREN JARROD BROKENBERRY             :
                                       :    164th  CIVIL  DISTRICT  COURT
                                       :
Plaintiff                              :
                                       :
                                       :    CIVIL ACTION
vs.                                    :
                                       :    CASE NO. 202271428
                                       :
                                       :
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
                                       :
                                       :
Defendant                              :

AMENDED PETITION FOR COMPENSATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Gerren-Jarrod Brokenberry, Plaintiff herein, and files this Complaint showing to this Court as follows:

1.

Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*, operating at the

Office at 2775 SANDERS RD, NORTHBROOK, IL, 60062, and may be served at that

address, thereby subjecting the Defendant to the jurisdiction of this Court.

2.

On MAY 27, 2022, Plaintiff attempted to file a NOTICE OF REQUEST for COMPENSATION ($68,500) with the Defendant.

3.

1

After accepting, the Defendant refused to respond to the REQUEST FOR COMPENSATION ($68,500.00), acting in bad faith.

4.

Plaintiff attempted to settle with Defendant by phone and otherwise, including a 2nd NOTICE of DEFAULT AND OPPORTUNITY TO CURE ,JUNE 21, 2022, for ($383,500) including Trespass of Fee Schedule.

5.

During the alleged course of events, Plaintiff alleges that there is proof beyond a reasonable doubt that Defendant willfully breached contract.

6.

Plaintiff also shows that as a result of said events, he is entitled to recover from Defendants the following:

A)    REQUEST FOR COMPENSATION $68,500.00 denoted in fine silver.

B)    Trespass of Fee Schedule $315,000 denoted in fine silver.

C)    Punitive damages, $650.00/day for late fees.

1

WHEREFORE, Plaintiff demands judgment of Defendant, in the sum of $383,500.00, $650.00/day, Punitive damages or such other sum as a jury may determine reasonable compensation upon hearing the facts of this case:

---

1

2

a. Judgment against Defendants, jointly and severally, for compensatory

damages, including exemplary damages, in an amount that exceeds the

minimum jurisdictional limits of the Court more fully set forth above;

b. Prejudgment and post-judgment interest as provided by law;

RESPECTFULLY SUBMITTED this _____2_ day of NOVEMBER, 2022.

_____

Gerren-Jarrod Brokenberry, Pro Se

Gerren Jarrod Brokenberry, Attorney in Fact
40 CYPRESS CREEK PKWY #470
HOUSTON, TEXAS [77090]
PH:9173462363/EMAIL: Gbrokenberry@gmail.com
non-domestic, without the UNITED STATES

3

4

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 69821917
Status as of 11/2/2022 4:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jess  Merten | | claims@claims.allstate.com | 11/2/2022 4:38:36 PM | SENT |

# EXHIBIT
# 7

12/15/2022 1:45:47 PM
Marilyn Burgess District Clerk
Harris County
Envelope No: 71053326
By: JACKSON, MONICA J
Filed: 12/15/2022 1:45:47 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2022 71428    **CURRENT COURT:** HCD CIVIL #164

**Name(s) of Documents to be served:** AMENDED PETITION

**FILE DATE:** 2 NOV 22    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** ALLSTATE FIRE & CASUALTY INSURANCE COMPANY

**Address of Service:** 3075 SANDERS ROAD    Suite H1E

**City, State & Zip:** NORTHBROOK, IL 60062

**Agent (if applicable)** ATTN: C.E.O.

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission/Texas Department of Transportation ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] E-Issuance by District Clerk
- [ ] MAIL to attorney    at: _____    **(No Service Copy Fees Charged)**
- [ ] CONSTABLE
- [x] CERTIFIED MAIL by District Clerk

*Note:* The email registered on EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
- [x] OTHER, *explain* (SERVICE COPY) 5

**Issuance of Service Requested By: Attorney/Party Name:** Gaellen BrokenBerry AR Bar # or ID _____

**Mailing Address:** 40 CYPRESS CREEK PKWY #470    Houston, TX 77090

**Phone Number:** 318 344 9318

# EXHIBIT

# 8

12/15/2022 1:45 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 71053326
By: Monica Jackson
Filed: 12/15/2022 1:45 PM

13 DEC 22

CASE NUMBER: 2022-71428

COURT NUMBER: 164

REQUEST FOR ISSUANCE OF SERVICE

I, Gerren: Jarrod - Brokenberry, the natural, living man, do respectfully request issuance of service to the parties listed.

(1) ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (ATTN: C.E.O.) 3075 SANDERS ROAD SUITE H1E NORTHBROOK, IL 60062

(2) ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (ATTN: C.F.O.) 3075 SANDERS ROAD SUITE H1E NORTHBROOK, IL 60062

DONE IN GOOD FAITH.

ALL RIGHTS RESERVED
BY: BENE

# EXHIBIT
# 9

**7019 2970 0001 3507 5578**                                    P. 2

|                                    |                                      |
|------------------------------------|--------------------------------------|
| CAUSE NO.  202271428               | AFFIDAVIT OF INABILITY               |
|                                    | TO PAY COST FILED WITH PLEADING.     |
| RECEIPT NO.  944607                | 0.00       CTM                       |
| **********                         | TR # 74090035                        |

PLAINTIFF: BROKENBERRY, GERREN JARROD
            vs.
DEFENDANT: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

In The    164th
Judicial District Court
of Harris County, Texas
164TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY BY SERVING THE
CEO

   3075  SANDERS ROAD SUITE H1E   NORTHBROOK  IL  60062

   Attached is a certified copy of <u>AMENDED PETITION FOR COMPENSATION</u>

This instrument was filed on the <u>2nd day of November, 2022</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 16th day of December, 2022, under my hand and seal of said Court.

<u>Issued at request of:</u>
BROKENBERRY, GERREN JARROD
40  CYPRESS CREEK PKWY #470
HOUSTON, TX  77090
Tel: (917) 346-2363
<u>Bar No.</u>: 1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JACKSON, MONICA  I8V//12174197

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of AMENDED PETITION FOR COMPENSATION
to the following addressee at address:

_____

_____

(a) ADDRESSEE

_____

ADDRESS

_____

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on _____  day of _____, _____
by U.S. Postal delivery to _____

_____

This citation was not executed for the following reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITM.P                        *74090035*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**7019 2970 0001 3507 5578**

| | |
|---|---|
| CAUSE NO.   202271428 | AFFIDAVIT OF INABILITY |
| | TO PAY COST FILED WITH PLEADING. |
| RECEIPT NO.   944607 | 0.00        CTM |
| ********* | TR # 74090035 |

PLAINTIFF: BROKENBERRY, GERREN JARROD
                    vs.
DEFENDANT: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

In The   164th
Judicial District Court
of Harris County, Texas
164TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY BY SERVING THE
CEO

   3075  SANDERS ROAD SUITE H1E    NORTHBROOK IL  60062

   Attached is a certified copy of <u>AMENDED PETITION FOR COMPENSATION</u>

This instrument was filed on the <u>2nd day of November, 2022</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
     This citation was issued on 16th day of December, 2022, under my hand and seal of said Court.



<u>Issued at request of:</u>
BROKENBERRY, GERREN JARROD
40  CYPRESS CREEK PKWY #470
HOUSTON, TX  77090
Tel: (917) 346-2363
<u>Bar No.:</u>  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JACKSON, MONICA  I8V//12174197

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of AMENDED PETITION FOR COMPENSATION to the following addressee at address:

_____

_____
(a) ADDRESSEE

_____

ADDRESS

Service was executed in accordance with Rule 106
     (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____
_____

This citation was not executed for the following reason: _____
_____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITM.P                          **\*74090035\***

# EXHIBIT 10

P. 2

**7019 2970 0001 3507 5561**

| | |
|---|---|
| CAUSE NO.   202271428 | AFFIDAVIT OF INABILITY |
| | TO PAY COST FILED WITH PLEADING. |
| RECEIPT NO.  944607 | 0.00         CTM |
| ********* | TR # 74090036 |

PLAINTIFF: BROKENBERRY, GERREN JARROD
       vs.
DEFENDANT: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

In The   164th
Judicial District Court
of Harris County, Texas
164TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris


TO: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY BY SERVING THE
    CFO

    3075  SANDERS ROAD SUITE H1E    NORTHBROOK  IL  60062

    Attached is a certified copy of <u>AMENDED PETITION FOR COMPENSATION</u>


This instrument was filed on the <u>2nd day of November, 2022</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
     This citation was issued on 16th day of December, 2022, under my hand and
seal of said Court.

Issued at request of:
BROKENBERRY, GERREN JARROD
40  CYPRESS CREEK PKWY #470
HOUSTON, TX  77090
Tel: (917) 346-2363
<u>Bar No.</u>: 1

*Marilyn Burgess*

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JACKSON, MONICA  I8V//12174197

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
 AMENDED PETITION FOR COMPENSATION
to the following addressee at address:

_____          _____
                                            ADDRESS

_____          Service was executed in accordance with Rule 106
(a) ADDRESSEE                                    (2) TRCP, upon the Defendant as evidenced by the
                                            return receipt incorporated herein and attached
_____          hereto at


                                            on _____ day of _____, _____
                                            by U.S. Postal delivery to _____

                                            _____

                                            This citation was not executed for the following
                                            reason: _____

                                            _____

                                            MARILYN BURGESS, District Clerk
                                            Harris County, TEXAS

                                            By _____, Deputy


N.INT.CITM.P

***74090036***

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**7019 2970 0001 3507 5561**

| | |
|---|---|
| CAUSE NO. 202271428 | AFFIDAVIT OF INABILITY |
| | TO PAY COST FILED WITH PLEADING. |
| RECEIPT NO. 944607 | 0.00      CTM |
| ********** | TR # 74090036 |

| | |
|---|---|
| PLAINTIFF: BROKENBERRY, GERREN JARROD | In The   164th |
| vs. | Judicial District Court |
| DEFENDANT: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | of Harris County, Texas |
| | 164TH DISTRICT COURT |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY BY SERVING THE
    CFO

    3075  SANDERS ROAD SUITE H1E   NORTHBROOK IL  60062

    Attached is a certified copy of <u>AMENDED PETITION FOR COMPENSATION</u>

This instrument was filed on the <u>2nd day of November, 2022</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 16th day of December, 2022, under my hand and seal of said Court.



Issued at request of:
BROKENBERRY, GERREN JARROD
40  CYPRESS CREEK PKWY #470
HOUSTON, TX  77090
Tel: (917) 346-2363
Bar No.: 1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: JACKSON, MONICA  I8V//12174197

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of AMENDED PETITION FOR COMPENSATION to the following addressee at address:

_____          _____
                                          ADDRESS

_____          Service was executed in accordance with Rule 106
(a) ADDRESSEE                               (2) TRCP, upon the Defendant as evidenced by the
                                           return receipt incorporated herein and attached
_____          hereto at

                                          _____
                                          on _____ day of _____, _____
                                          by U.S. Postal delivery to _____

                                          _____

                                          This citation was not executed for the following
                                          reason: _____

                                          _____

                                          MARILYN BURGESS, District Clerk
                                          Harris County, TEXAS

                                          By _____, Deputy

N.INT.CITM.P                    *74090036*

# EXHIBIT 11



12-29-22

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage 2.76
$ 9.41

ALLSTATE FIRE AND CASUALTY INS CO
C/O CEO
3075 SANDERS ROAD SUITE H1E
NORTHBROOK IL 60062
2022-71428  164TH DISTRICT COURT

7018 2970 0001 3507 5578

DEC 29 2022

SAM HOUSTON POST OFFICE
HOUSTON, TX

RECEIVED
Marilyn Burgess
District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

# EXHIBIT
# 12



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage $1.16

$ 5.41

7019 2970 0001 3507 5561

ALLSTATE FIRE AND CASUALTY INS CO
C/O CFO
3075 SANDERS ROAD SUITE H1E
NORTHBROOK IL 60062
2022-71428 164TH DISTRICT COURT

Postmark
HOUSTON POST OFFICE
DEC 29 2022
HOUSTON, TX 77062

12-29-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

# EXHIBIT
# 13

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* Keil     C. Date of Delivery<br>Employee of Allstate |
| 1. Article Addressed to:<br><br>ALLSTATE FIRE AND CASUALTY INS CO<br>C/O CFO<br>3075 SANDERS ROAD SUITE H1E<br>NORTHBROOK IL 60062<br>2022-71428 164TH DISTRICT COURT | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JAN 0 4 2023<br><br>Tom Keil |
| \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>9590 9402 4264 8121 8164 89 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 7019 2970 0001 3507 5561 | ☐ Delivery Restricted Delivery<br>☐ ____ Mail<br>☐ ____ Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



**USPS TRACKING #**

9590 9402 4264 8121 8164 89

United States
Postal Service

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2023 JAN 11 AM 9: 22

BY_____
MAIL PROC

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**MARILYN BURGESS**
**HARRIS COUNTY DISTRICT CLERK**
**P.O. BOX 4651**
**HOUSTON, TEXAS 77210-4651**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# EXHIBIT
# 14

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1.
ALLSTATE FIRE AND CASUALTY INS CO
C/O CEO
3075 SANDERS ROAD SUITE H1E
NORTHBROOK IL 60062
2022-71428 164TH DISTRICT COURT

9590 9402 4264 8121 8164 96

7019 2970 0001 3507 5578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Tom Keil
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Employee of Allstate

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
JAN 0 4 2023

Tom Keil

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...... Mail
☐ ...... Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**

9590 9402 4264 8121 8164 96

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2023 JAN 11   AM 9: 22



• Sender: Please print your name, address, and ZIP+4® in this box•

**MARILYN BURGESS**
**HARRIS COUNTY DISTRICT CLERK**
**P.O. BOX 4651**
**HOUSTON, TEXAS 77210-4651**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

BY _____
MAIL PROCES...

# EXHIBIT 15

1/27/2023 1:38 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 72221296
By: Adiliani Solis
Filed: 1/27/2023 1:38 PM

### CAUSE NO. 2022-71428

| | | |
|---|---|---|
| **GERREN JARROD** | § | **IN THE DISTRICT COURT** |
| **BROKENBERRY** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **VS.** | § | |
| | § | **164TH JUDICIAL DISTRICT** |
| **ALLSTATE FIRE AND CASUALTY** | | |
| **INSURANCE COMPANY** | | |

### <u>DEFENDANT'S ORIGINAL ANSWER</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Allstate Fire and Casualty Insurance Company, Defendant in the above styled and numbered cause of action, and in response to the complaints filed against it, would respectfully show unto this Honorable Court and Jury as follows:

### I.

Defendant pleads V.T.C.A., Civil Practice and Remedies Code Chapter 33 and its appropriate subchapters and subparts, Comparative Responsibility and Contributions, and asks the Court and Jury to consider the relative damages and conduct of the parties and all tortfeasors, including the Plaintiff, and accord the Defendant full benefit of Chapter 33 and its subchapters and subparts.

### II.

Plaintiff's claims are barred, in whole or in part, by policy exclusions and/or limitations which are listed in the policy made the basis of this suit.

### III.

Allstate Fire and Casualty Insurance Company, Defendant herein, files this general denial in accordance with Rule 92 of the Texas Rules of Civil Procedure and would request strict proof of the Plaintiff's allegations upon a trial of this cause.

**IV.**

Defendant invokes self-authentication rights pursuant to Tex. R. Civ. P. 193.7, and specifically that documents/items made available by the opposing party through discovery process may be used at trial and/or in pre-trial proceedings.

**V.**

Plaintiff's claims for punitive damages are barred because such an award would violate Defendant due process, equal protection, and other rights under the United States Constitution and the Constitution of the State of Texas.

**VI.**

Plaintiffs failed to allege conduct warranting imposition of exemplary or punitive damages under applicable law.

**VII.**

Defendant asserts the limitations and restrictions on exemplary damages contained in Chapter 41 of the Texas Civil Practice and Remedies Code.

**VIII.**

Under Texas Rules of Civil Procedure 190 and 194, Defendant requests that Plaintiffs disclose, within thirty (30) days from the date this request is served, the information or materials described in Rule 190.2(b)(6) and 194.2.

COMES NOW, Allstate Fire and Casualty Insurance Company, Defendant and formally requests a jury trial pursuant to Rule 216 of the Texas Rules of Civil Procedure and tenders the jury fee.

Defendant also requests the official court reporter of the Court to which this case is assigned to trial to perform all the duties of this office, as set forth in Section 52.046 of the

Government Code.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Allstate Fire and Casualty Insurance Company, prays that the Plaintiffs recover nothing of and from the Defendant by reason of this suit; that Defendant be discharged without delay, with costs of court, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled, and for which Defendant will in duty bound, forever pray.

Respectfully submitted,

HOPE & CAUSEY, P. C.

*Wesley R. Ward*

_____

Wesley R. Ward
State Bar No. 24008235
P. O. Box 3188
Conroe, Texas  77305-3188
(936) 441-4673 – Metro
(936) 441-4674 – Fax
Service Email: hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

Please be advised that the **_only_** valid email address for service of all documents in all matters handled by this firm is hcdocket@hope-causey.com.

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rules 21. and 21a. of the Texas Rules of Civil Procedure, I hereby certify that the original of Defendant's Original Answer has been filed with the clerk of the court in writing, and a true and correct copy of Defendant's Original Answer has been delivered to all interested parties on January 27, 2023, correctly addressed to:

Gerren Jarrod Brokenberry, Attorney in fact
40 Cypress Creek Parkway, #470
Houston, Texas 77090
Email: Gbrokenberry@gmail.com

*Wesley R. Ward*

_____
Wesley R. Ward

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Causey on behalf of Wesley Ward
Bar No. 24008235
hcdocket@hope-causey.com
Envelope ID: 72221296
Status as of 1/27/2023 2:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gerren JarrodBrokenberry | | Gbrokenberry@gmail.com | 1/27/2023 1:38:17 PM | SENT |
| Wesley Ward | | hcdocket@hope-causey.com | 1/27/2023 1:38:17 PM | SENT |

# EXHIBIT

# B

**HCDistrictclerk.com**     BROKENBERRY, GERREN JARROD vs. ALLSTATE FIRE     2/3/2023
AND CASUALTY INSURANCE COMPANY
Cause: 202271428          CDI: 7     Court: 164

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 106237092 | Defendant's Original Answer | | 01/27/2023 | 5 |
| 106209586 | Domestic Return Receipt | | 01/11/2023 | 2 |
| 106209587 | Domestic Return Receipt | | 01/11/2023 | 2 |
| 105953639 | Certified Mail Receipt | | 12/29/2022 | 1 |
| 105953966 | Certified Mail Receipt | | 12/29/2022 | 1 |
| 105680264 | Certified Mail Tracking # 7019 2970 0001 3507 5561 | | 12/16/2022 | 2 |
| 105680266 | Certified Mail Tracking # 7019 2970 0001 3507 5578 | | 12/16/2022 | 2 |
| 105589999 | Letter Requesting Service | | 12/15/2022 | 1 |
| 105590000 | Request for Issuance of Service | | 12/15/2022 | 1 |
| 104913198 | Amended Petition For Compensation | | 11/02/2022 | 5 |
| ·> 104913200 | Request for Issuance of Service | | 11/02/2022 | 2 |
| ·> restricted | Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court | | 11/02/2022 | 2 |
| 104861265 | Civil Action | | 10/31/2022 | 4 |
| ·> 104861266 | Exhibit | | 10/31/2022 | 12 |
| ·> 104861267 | Inability to Afford Payment of Court Cost or an Appeal Bond In Justice Court | | 10/31/2022 | 2 |

# EXHIBIT

# C

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Gerren Jarrod Brokenberry- Pro Se | Allstate Fire and Casualty Insurance Company |

| (b) County of Residence of First Listed Plaintiff   Harris | County of Residence of First Listed Defendant   Dallas County |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Gerren Jarrod, Brokenberry, 40 Cypress Creek Parkway, #470, Houston, Texas 77090, (917) 346-2363 | Wesley R. Ward, Hope & Causey, P.C. PO Box 3188, Conroe, Texas 77305, (936) 441-4673 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1441(b)(3)

Brief description of cause:
Removal from state to Federal Court because jurisdiction and amount in controversy

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  C. Elliott Thornton    DOCKET NUMBER  2022-71428

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 02/03/2023 | /s/ Wesley R. Ward |

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT  _____  APPLYING IFP  _____  JUDGE  _____  MAG. JUDGE  _____