United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GERREN JARROD BROKENBERRY, | § § | CIVIL ACTION NO 4:23-cv-00389 |
| Plaintiff, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the order adopting memorandum and recommendation entered this same date. Dkt 16.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 23, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge